# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Michael Kevin Hoffman
Plaintiff,

v.

Defendant(s)

Carl Danberg Comm, et all

FILED

MAY 15 2007

RGscann

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _07 - 2 81_

I, _____ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒ Yes    ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration  DELAWARE CORRECTIONAL CENTER

    **Inmate Identification Number (Required):**  # 00426044

    Are you employed at the institution? Yes  Do you receive any payment from the institution? Yes

    *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2.  Are you currently employed? ☐ Yes    ☒ No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☒ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.  Canteen Account Gifts for needed Cosmetics Gift

From Family Amounted to  Estimated  80.00 mthly For needed Cosmetics to Purchased on

Canteen at Dcc.

* Social Security Disability Currently Suspended Due to Incarisoration monthly benifits
Adverage Amount 750 mo mthly

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or saving accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount $

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

NONE

I declare under penalty of perjury that the above information is true and correct.

5-13-07
DATE

SIGNATURE OF APPLICANT

**NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

ATTACHED  6 mths  ACCOUNT STATEMENT

0 7 - 2 6 1

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

*TO:*     Michael Hoffman *SBI#:* 426044

0 7 - 2 6 1

*FROM:*   *Stacy Shane, Support Services Secretary*

*RE:*     **6 Months Account Statement**

*DATE:*   May 10, 2007

FILED

MAY 15 2007

RG Sapp

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of*
November 1, 2006 to April 30, 2002.

*The following indicates the average daily balances.*

| **MONTH** | **AVERAGE DAILY BALANCE** |
|-----------|---------------------------|
| Nov       | 0                         |
| Dec       | 0                         |
| Jan       | 0                         |
| Feb       | 895                       |
| March     | 959                       |
| April     | 11.11                     |

***Average daily balances/6 months:***   4.94

*Attachments*
*CC:  File*

Stacy Shane
5/10/10

Janette A Haws
5/10/07

# Individual Statement - No Transactions This Month

Date Printed: 5/10/2007                                                                    Page 1 of 1

## For Month of November 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|-----|-----------|------------|-----|--------|------------------|
| 00426044 | HOFFMAN | MICHAEL | | | |
| **Current Location:** | W1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($3.66)

# Individual Statement - No Transactions This Month

Date Printed: 5/10/2007

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|-----|-----------|------------|----|--------|------------------|
| 00426044 | HOFFMAN | MICHAEL | | | |
| **Current Location:** | W1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($3.66)

Date Printed: 5/10/2007

## Individual Statement
## From January 2007 to April 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | | |
|---|---|---|---|---|---|---|---|---|
| 00426044 | HOFFMAN | MICHAEL | | | | Beginning Month Balance: | | $0.00 |
| Current Location: | W1 | | Comments: | | | Ending Month Balance: | | $0.48 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 1/30/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 379673 | | | |
| Mail | 2/2/2007 | $20.00 | $0.00 | $0.00 | $20.00 | 381987 | 56145864236 | | CONCETTA HOFFMAN |
| Mail | 2/6/2007 | $20.00 | $0.00 | $0.00 | $40.00 | 383257 | 08611668388 | | C HOFFMAN |
| Misc | 2/7/2007 | $0.32 | $0.00 | $0.00 | $40.32 | 384071 | 47622 | | SCI |
| Canteen | 2/8/2007 | ($35.74) | $0.00 | $0.00 | $4.58 | 384612 | | | |
| Canteen | 2/14/2007 | ($4.32) | $0.00 | $0.00 | $0.26 | 386959 | | | |
| Mail | 2/20/2007 | $30.00 | $0.00 | $0.00 | $30.26 | 390047 | 08680844340 | | C HOFFMAN |
| Canteen | 2/22/2007 | ($30.15) | $0.00 | $0.00 | $0.11 | 391571 | | | |
| Mail | 3/19/2007 | $25.00 | $0.00 | $0.00 | $25.11 | 401866 | 08634775744 | | B HOFFMAN |
| Mail | 3/19/2007 | $20.00 | $0.00 | $0.00 | $45.11 | 401878 | 56156769229 | | C HOFFMAN |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($2.31) | $45.11 | 402053 | | 3/9/07 | |
| Canteen | 3/22/2007 | ($16.40) | $0.00 | $0.00 | $28.71 | 403657 | | | |
| Supplies-MailP | 3/22/2007 | ($2.31) | $0.00 | $0.00 | $26.40 | 404794 | | 3/9/07 | |
| Canteen | 3/28/2007 | ($26.04) | $0.00 | $0.00 | $0.36 | 406746 | | | |
| Mail | 4/5/2007 | $20.00 | $0.00 | $0.00 | $20.36 | 411140 | 56156752872 | | C HOFFMAN |
| Visit | 4/9/2007 | $60.00 | $0.00 | $0.00 | $80.36 | 411690 | 5656215295-09034 | | C HOFFMAN |
| Canteen | 4/11/2007 | ($69.86) | $0.00 | $0.00 | $10.50 | 413031 | | | |
| Canteen | 4/19/2007 | ($10.02) | $0.00 | $0.00 | $0.48 | 417034 | | | |
| Supplies-MailP | 4/24/2007 | $0.00 | $0.00 | ($1.83) | $0.48 | 419478 | | 3/29/07 | |
| Supplies-MailP | 4/24/2007 | $0.00 | $0.00 | ($1.83) | $0.48 | 419482 | | 3/29/07 | |

Ending Month Balance: $0.48

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($3.66)

Date Printed: 4/25/2007

# Individual Statement
## From October 2006 to December 2006

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00426044 | HOFFMAN | MICHAEL | | |

**Current Location:** W1

Comments:

Beginning Month Balance:    $0.00
Ending Month Balance:    $0.00

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance:

Total Amount Currently on Medical Hold:

Total Amount Currently on Non-Medical Hold:

Date Printed: 4/25/2007

## Individual Statement
## From January 2007 to March 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00426044 | HOFFMAN | MICHAEL | | | | | Beginning Month Balance: | | | $0.00 |
| Current Location: | W1 | | Comments: | | | | Ending Month Balance: | | | $0.36 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO#/ Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 1/30/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 379673 | | | |
| Mail | 2/2/2007 | $20.00 | $0.00 | $0.00 | $20.00 | 381987 | 561458664236 | | CONCETTA HOFFMAN |
| Mail | 2/6/2007 | $20.00 | $0.00 | $0.00 | $40.00 | 383257 | 08611668388 | | C HOFFMAN |
| Misc | 2/7/2007 | $0.32 | $0.00 | $0.00 | $40.32 | 384071 | 47622 | | SCI |
| Canteen | 2/8/2007 | ($35.74) | $0.00 | $0.00 | $4.58 | 384612 | | | |
| Canteen | 2/14/2007 | ($4.32) | $0.00 | $0.00 | $0.26 | 386959 | | | |
| Mail | 2/20/2007 | $30.00 | $0.00 | $0.00 | $30.26 | 390047 | 0860084340 | | C HOFFMAN |
| Canteen | 2/22/2007 | ($30.15) | $0.00 | $0.00 | $0.11 | 391571 | | | |
| Mail | 3/19/2007 | $25.00 | $0.00 | $0.00 | $25.11 | 401866 | 0863477574 | | B HOFFMAN |
| Mail | 3/19/2007 | $20.00 | $0.00 | $0.00 | $45.11 | 401878 | 5615676922 | | C HOFFMAN |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($2.31) | $45.11 | 402053 | | 3/9/07 | |
| Canteen | 3/22/2007 | ($16.40) | $0.00 | $0.00 | $28.71 | 403657 | | | |
| Supplies-MailP | 3/22/2007 | ($2.31) | $0.00 | $0.00 | $26.40 | 404794 | | 3/9/07 | |
| Canteen | 3/28/2007 | ($26.04) | $0.00 | $0.00 | $0.36 | 406746 | | | |

Ending Month Balance: $0.36

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.66)

# Individual Statement

Date Printed: 5/4/2007

Page 1 of 1

## For Month of April 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.36 |
|---|---|---|---|---|---|---|
| 00426044 | HOFFMAN | MICHAEL | | | | |

Current Location:    W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/5/2007 | $20.00 | $0.00 | $0.00 | $20.36 | 411140 | 56156752872 | | C HOFFMAN |
| Visit | 4/9/2007 | $60.00 | $0.00 | $0.00 | $80.36 | 411690 | 565621529509034 | | C HOFFMAN |
| Canteen | 4/11/2007 | ($69.86) | $0.00 | $0.00 | $10.50 | 413031 | | | |
| Canteen | 4/19/2007 | ($10.02) | $0.00 | $0.00 | $0.48 | 417034 | | | |
| Supplies-MailP | 4/24/2007 | $0.00 | $0.00 | ($1.83) | $0.48 | 419478 | | 3/29/07 | |
| Supplies-MailP | 4/24/2007 | $0.00 | $0.00 | ($1.83) | $0.48 | 419482 | | 3/29/07 | |

Ending Mth Balance:    $0.48

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($3.66)

Date Printed: 4/9/2007

# Individual Statement
## For Month of April 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.36 |
|---|---|---|---|---|---|---|
| 00426044 | HOFFMAN | MICHAEL | | | | |

Current Location:    W1

Comments:

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/5/2007 | $20.00 | $0.00 | $0.00 | $20.36 | 411140 | 5615675 2872 | | C HOFFMAN |
| Visit | 4/9/2007 | $60.00 | $0.00 | $0.00 | $80.36 | 411690 | 565621 5295-09034 | | C HOFFMAN |

Ending Mth Balance:    $80.36

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00