ORIGINAL COPY

(Rev.S/0-)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Michael Kevin Hoffman/SBI 00426044
(Name of Plaintiff)          (Inmate Number)

1181 Paddock Road
Smyrna Delaware 19977
(Complete Address with zip code)

0 7 - 2 6 1

(2) Not Applicable
(Name of Plaintiff)          (Inmate Number)

(Case Number)
(to be assigned by U.S. District Court)

Not Applicable
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

VS

**CIVIL COMPLAINT**

(1) Carl Danburg/ Commissioner/ D.O.C.

(2) Thomas Carol/ Warden Del Corr Ctr

**Jury Trial Requested**

(3) Correctional Medical Services /et all
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**I.      PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
number including    year, as well as the name of the judicial officer to whom it was assigned:

Not Applicable



FILED
MAY 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? Plaintiff Filed Numerous Medical Grievences, Letters Addressed to Defendant Carl Danburg as well as warden Thomas Carol, Seeking Resolution on Numerous Cronic Care Issues as an attempt to seek Adequate Medical Care for his Cronic Care Illness which Plaintiff is Suffering From, HIV/ Infection which he has had for many years, The New Castle County Delaware Sentencing Court was also made aware on numerous Proceedings, reguarding, that the Department Of Corrections was Neglecting Adequate Medical Care to Plaintiff Since His Arrest on December 2003, this was also Noted on all the proceedings in this entire case, these matters were also addressed to the Delaware Supreme Court, With out Resolution to resolve the Ongoing Medical Cronic Care Issues, Which Plaintiff is Still Suffering from as of this day with out proper medical Treatment as needed for plaintiff.

2. What was the result? CMS, Medical Staff conducted a Grievence Hearing, on some of these matters as a result of this Debbie the Grievence Cordinator at the Institution Stated Were Due to Check into this Matter and reply back to Plaintiff, which no reply decision was rendered to plaintiff, Plaintiff has made every attempt to resolve these issues of concern by addressing the issues to the Department Of Corrections Commissioner Carl Danburg, who replyed back to Plaintiff on Numerous Letters Stateing he was Directing these matters to the Department Medical Director Jim Welsh to Investigate there matters of Concern, Also Plaintiff has not had any response back from the warden Carol of the Institution which he was sent numerous letters addressed to him to seek resolution on the matter, which was at this present time not resolved.

If your answer to "B" is No, explain why not: Not Applicable

III **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Carl Danburg

Employed as Commissioner at Delaware Department Of Corrections

Mailing address with zip code: 245 Mckee Drive / Dover Delaware 19903

(2) Name of second defendant: Thomas Carol/ Warden Of D.CC

Employed as Warden at Delaware Correctional Ctr

Mailing address with zip code: 1181 Paddock Road/ Smyrna Delaware 19977

(3) Name of second defendant: Corr, Medical (att) Scott Alterman

Employed as CMS, Medical Concerns, Director at 2 Reads Way Suit 21 New castle Delaware

Mailing address with zip code: CMS, Medical Provider

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

Rick Kearney/ Warden Sussex Correctional Institution/ P.O BOX 500 Georgetown Delaware 19947

Robert George/ Warden Sussex Violation Of Probation Center/ 23247 Dupont Highway Georgetown Delaware 19947

Correctional Medical Services Staff/ et all/ Dr Durst, Dr Vandusen, Nurse Pat, Sussex Corr Inst, Nurse Practicioner at Del Corr Ctr, as well as Sussex Violation Of Probation Center Located In Georgetown Delaware, Medical Staff /etall.

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On June 22, 2006 Plaintiff was Comitted to the Sussex Violation of Probation Center Located in Georgetown Delaware On a Violation of Probation and latter placed at the Sussex work release under the care of the Listed Defendant Robert George, Please Be Advised Plaintiff is an HIV/ Cronic care patiant, which carefully monitoring, and medication treatment is needed for plaintiff, while at this Described Location the CMS. Medical staff Neglected, Plaintiff Needed Blood Work which is needed to monitor the spread of the infection, and care for his cronic care Needs, Due to this Reason which Plaintiff should have started Anti-viral Medication due to his CD4/ Viral load Raiseing to a higher level, caused him to experience sever complications which was life threntening due to inadequate medical care not being provided, this matter was also brought to the attention of warden Robert George, Above listed Defendant on numerous occasions which Defendant has neglected to resolve these ongoing issues, the Medical staff at the Sussex Vop has refused to drawl Plaintiffs Blood work while he was housed their and when Family had brought to the attention of the warden by submitting a letter he then Transferred Plaintiff to another Location to advoid the situation again this matter was justified to the sentencing court which was made part of the transcripts of proceedings made avaiable on record.

2. On October 18, 2006 Plaintiff was Transferred to the Sussex Correctional Institution, also Located in Georgetown Delaware Under the care of listed Defendant Rick Kearney. The C.M.S. Medical staff was well aware of Plaintiffs Situation Concerning his Cronic care and HIV Conditions, after Plaintiff submitting several medical requests to the medical Department as an attempt to seek treatment for this disease he was finally seen by Medical Nurse pat, in the pre-trial building at sussex corr inst, who reviewed the medical file and stated to plaintiff you should have been seen by cronic care months ago, i don't know why Vop Neglected blood work should have been drawn earier and you should have been placed on anti- viral meds she scheduled me to be seen asap by Dr Durst, which i was seen in November 2006, Dr Durst told me, your fine and there was no need to start medication at this time, he then ordered blood work which was taken in December 2006, The Nurse Practicioner who Drewl the blood, done it in an unprofessional way which caused me to backout due to low blood cell counts and not becoming treated at an earier date, this incident has caused me to become more iller, sicker and fealing week due to not being on the proper HIV/ Cronic care treatment while at this Institution.

3. On January 29, 2007, Plaintiff was Transferred from the Sussex Correctional Institution To the Delaware Correctional Center Located Near Smyrna Delaware under the care of Listed Defendant Carol, while at this Institution i was starting to experience more severe complications due to this Infection becoming more severe

untreated,Ive submitted numerous Sick call slips as an attempt to receive treatment for the complications which i was suffering as ive followed this procedure it became unanswered, Plaintiff has wrote several Letters to the Department of Corrections Commissioner as an attempt to seek resolution for the inadequate care he was receiving, he replyed back to plaintiff stateing he was having his medical investigator look into this matter, on February 13,2007 Blood work was taken as a result of this the Viral Load COUNT WAS GREATER THEN 155,000 AND THE CD4/ count showed 385 mil leiter low blood cells, which was exstreamly high for not being on medication at an earrler date which should have took place, Dr Vandusen told me he was scheduleing me to meet with Dr Mcdonald asap, he started me on the Anti-Viral Medication, Atriplia, which this medication Plaintiff had an alergic reaction, to aprox two days latter Plaintiff was seen by Dr Mcdonald who Discontuined that medication and placed him on Travuda, and Keletra A Nook, and Protease Inhabitor, he also ordered a chest X-RAY which was completed , Plaintiff was suffering from Genital Problems which medication was ordered, to treat he also ordered recent blood work which was done to resolve these issues, all this came about after Plaintiff raised issues to the Department Of Corrections, to investigate this matter , Plaintiff was also Suffering from Bronkotius which medical Neglected this matter on numerous occasions, due to the Inadequate medical care which Plaintiff was Suffering from and that the Department of Corrections CMS. Medical service provider failing to treat his medical conditions at an earrler date has worsened his conditions whis complications pertaining to Hiv arose, at the present time Plaintiff is on Theres anti viral meds which he still is having side effects adjusting to the medication, which he will follow by the grievence procedures and at the doc level to seek adequate medical care as needed for his Disease.

V.  **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.  ORDER A PLIMINARY INJUNCTION AGAINST EACH DEFENDANT TO PROTECT PLAINTIFFS CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW, to fair procedural due process and Equal Protection , as well as Cruel and Unusual Punishment Issues as 8th Amendment issues raised in this complaint,Compensation of damages from each defendant, (pain suffering) (cruel unusual punishment)(compensatort damages to make up for psychical harm caused to plaintiff) ( puitive damages to punish staff who hurt plaintiff on purpose) ( nominal damages for violating of plaintiffs constitutional rights by not provideing adequate medical care) ( mental and emotional destress damages) ( mental anguish damages) COMPENSATION FOR DAMAGES CAUSED TO PLAINTIFF FROM THE LISTED DEFENDENTS FOR DAMAGES IN THE AMOUNT OF $250,000, Due to inadequate medical care which lead to endangerment and complications t due to not being treated properly

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~8~~ 13 day of MAY, 2007.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

See BRANDYWINE — B9

*GROUP TUES EVENINGS* (handwritten)

# Shipley Rd. man arrested in online child-sex sting

**BY GEORGE MAST**
The News Journal

A 50-year-old Brandywine Hundred man has been charged with soliciting sex from an undercover worker posing on the Internet as a 13-year-old.

Frederick Hoyer, whose last known address was Shipley Road, was arrested after he arrived at a pre-arranged meeting set up by police posing as a teen Hoyer thought he had contacted through an Internet chat room, said Delaware State Police Cpl. Jeff Whitmarsh.



Frederick Hoyer

A search of Hoyer's car uncovered camera equipment and drug paraphernalia, Whitmarsh said, and pornographic pictures of children were found at a residence.

On Tuesday, the Attorney General's Office notified agents from the state's High Technology Crime Unit that Hoyer had contacted someone he thought was a 13-year-old girl in a chat room, and asked her to have sex with him, Whitmarsh said. In actuality, Hoyer had been talking with a private organization that works to identify child predators, police said.

Investigators subsequently posed as the girl and set up a meeting with Hoyer at 3:30 p.m. Friday at an undisclosed location in Newark.

Whitmarsh said officers converged on Hoyer as soon as he got out of his car.

Hoyer was charged with sexual solicitation of a child and six counts of possession of child pornography, all felonies, as well as possession of marijuana and drug paraphernalia, which are misdemeanors, Whitmarsh said.

Hoyer was committed to Young Correctional Institution on $30,000 bail.

*Contact George Mast at 324-2500 or gmast@delawareonline.com*

Darlene Bailey, who travels with the Earth Balloon, pointed out to the children how the planet is losing its trees, especially in the South American rain forests.

"They're really getting an apprecia-

environme
The spi
missed by
ers at the C
Center in M
dren to colle

## ComingUp

- Four Charter School of Wilmington students will compete Monday in Philadelphia against students from nine other East Coast states in the regional Economics Challenge. The winning team advances to the national finals May 19-21 in New York. Last month, Benjamin Huang and Neil Vadhar of Hockessin, James Li of Newark and Funan Shi of Middletown won the Delaware competition, which is sponsored by the Center for

Economic Ed
ship at the Un
then, the stud
week before a
their econom
teacher Mich

- The New
Technical Sc
Monday at
Technology, 40



I/M Michael Halloran
SBI# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DELAWARE 19977

$02.84⁰
MAY 14 2007
MAILED FROM ZIP CODE 19977

Att: PETER T. DALLEO CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Lock Box 18  844 King Street
Wilmington DELAWARE
19801

U.S.M.
x-R

TIME SENSITIVE
LEGAL MAIL PEICE

PLEASE DO NOT BEND