IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Michael Kevin Hoffman,
Plaintiff,

v. Civil Action No. 07-261

Carl Danburg/ Commissioner / D.O.C.
Thomas Carrol/ Warden/ Del Corr Ctr
Rick Kearney/ Warden/ Sussec Corr Ctr
Robert George / Warden Sussex VOP
Correctional Medical Services/ Scott Alterman ,
Defendant.

FILED
MAY 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Michael K. Hoffman pursuant to 28 U.S.C. § 1915, requests this court to appoint counsel to represent petitioner in the above-entitled action for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The complaint in this case alleges that the defendant's subject plaintiff to Violation of Constitutional Rights/ Damages for Injury Caused To Plaintiff / Due to In Adequate Medical Care For His Cronic Care Disorder which required medical monitoring and treatment which C.M.S Failed to Treat Plaintiff with adequate medical care for his hiv Disease which caused him to become into More Severe Complications..

4. The plaintiff's allegations, if proved, clearly would establish a constitutional violation.

5. In deciding whether to appoint counsel for an indigent litigant, the court should consider "the factual complexity of the case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claim and the complexity of the legal issues." In addition, courts have suggested that the most important factor is whether the case appears to have merit.

6. Plaintiff, is Indigent and without Funds to Obtain Private Counsel To Represent him in this cicil Litigation Matter, 42 USC. 1983 Civil Rights Complaint, Plaintill Is on social security Disability, which his Benefits have been Suspended due to this Vop Incarsoration, Plaintiff Depends on Family Support for every day living Clothing and needs also plaintiff was receiving food stamps for his disability as he is per Indigent..

For the foregoing reasons, the court should grant the plaintiff's motion and appoint counsel in this case.

Date:5/16/07

Michael Kevin Hoffman/00426044
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Michael Kevin Hoffman/ 00426044, )
Plaintiff, )
)
v. ) Civil Action No.
)
Carl Danburg / Commissioner D.O.C.
Thomas Carroll/ Warden/ Del Corr Ctr
Rick Kearney/ Warden/ Sussex Corr Inst
Robert George / Warden/ Sussex Vop Center
Correctional Medical Services/ Scott Alterman, )
Defendant. )

# ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF ____________________, 20 ____, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY ________________________________________.

Certificate of Service

I,Michael Kevin Hoffman, hereby certify that I have served a true And correct copies of the attached motion for appointment of counsel upon the following parties/person (s):

TO: Mr Peter T.Dalleo/ Clerk
United States District Court
District of Delaware
Lock Box 18/ 844 King Street
Wilmington Delaware 19801

TO: Delaware Department Of Justice
820 North French Street
Carvel State Bld
Wilmington Delaware19801

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

Michael Kevin Hoffman/ 426044

On this 16day of May,2007


I/M Michael K Hoffman
SBI# 00426044 UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
WILMINGTON DE 197
17 MAY 2007 PM 3 T
MR PETER T. DALLEO CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCK BOX 18 844 King Street
Wilmington DELAWARE
19801
LEGAL MAIL