# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Michael Kevin Hoffman/00426044,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No.  07-261<br>) |
| Carl Danburg/Comm, D.O.C., ett au<br>,<br>    Defendant. | )<br>)<br>) |

## PLAINTIFF'S DISCOVERY

Plaintiff requests that the defendants Carl Danburg/ Thomas Carroll, Rick Kearney, Robert George, Scott Alterman For Correctional Medical Services, disclose all initial information and documents the defendants will use to support its defenses, and serve them upon plaintiff within 30 days pursuant to Fed. R. Civ. P. 26(a)(1)

1.    Hiv Releated Records, Treatment Medication Administered, Labotory Reports, Mental Health Reports, Xray Reports, And any releated to Cronic care Hiv Administered Reports and Progress Notes, Dated Back from 2004 untill Present May 2007

Submitted this 16 day of May, 2007.

_____
Michael Hoffman/00426044
Delawere Correctional Center
1181 Paddock road
Smyrna, DE 19977



MAY 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned