MR PETER T. DALLEO ENCLOSED IS THE AUTHORIZATION FORM WHICH I'VE SIGNED AND DATED I AUTHORIZED DELAWARE CORRECTIONAL CENTER TO SEND THE PARTIAL FILEING FEE OF $6.51 WHICH YOU SHOULD BE RECEIVING WITH IN THE NEXT COUPLE DAYS EACH MONTH I WILL HAVE PAYMENT SENT TO THE COURT FROM MY ACCOUNT IN THE AMOUNT OF 20% OF MY FUNDS. COULD YOU PLEASE SEND ME THE USM 285 FORMS OR LETTER SO I CAN OBTAIN THEM AT THE LAW LIBRARY SO I MAY HAVE THE SUIT SERVED TO THE DEFENDANTS

THE AUTHORIZATION FORM WAS RECEIVED BY ME ON 5-28-07



THANK YOU FOR YOUR TIME IN THIS MATTER

Sincerely

Michael Hoffman 426044

DELAWARE COR CTR
1181 PADDOCK RD
SMYRNA DE 19977

IM Michael Hoffman
SBI# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

WILMINGTON DE 197
30 MAY 2007 PM 1 T

MR. PETER T. DALLEO / CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCK BOX 18 / 844 King Street
Wilmington DELAWARE
19801

LEGAL MAIL