IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KEVIN HOFFMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-261-JJF |
| | ) |
| CARL DANBURG, | ) |
| WARDEN OF D.C.C. THOMAS CAROL, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| WARDEN RICK KEARNEY, | ) |
| WARDEN ROBERT GEORGE, | ) |
| DR. DURST, DR. VANDUSEN, | ) |
| NURSE PAT, SUSSEX CORR INST, | ) |
| NURSE PRACTITIONER, | ) |
| SUSSEX VIOLATION OF PROBATION | ) |
| CENTER, MEDICAL STAFF, | ) |
| | ) |
| Defendants. | |



## AUTHORIZATION

I, Michael Kevin Hoffman, SBI #426044, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.51 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated MAY 25, 2007, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 5-29-07, 2007.

_____
Signature of Plaintiff

I/M Michael Hoffman
SBI# 486044    UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

WILMINGTON DE 197
30 MAY 2007 PM 1 T



MR. PETER T. DALLEO / CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCK BOX 18 / 844 King Street
Wilmington Delaware
19801

LEGAL MAIL