AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _07 CV 261 JJF_

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*



FILED

MAY 3 1 2007

R. Giscomi

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF _____1_____ COPIES OF AO FORM 85.

_5-28-2007_
(Date forms issued)

_____
(Signature of Party or their Representative)

_MICHAEL KEVIN HOFFMAN / PLAINTIFF_
(Printed name of Party or their Representative)

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT
**Note: Completed receipt will be filed in the Civil Action**

IM Michael Hoffman
SBI# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

WILMINGTON DE 197
30 MAY 2007 PM 1 T

USA First-Class

MR. PETER T. DALLEO / CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCK BOX 18 / 844 King Street
Wilmington DELAWARE
19801