AO 88 (11/91) Subpoena In a Civil Case

# United States District Court

_____DISTRICT OF DELAWARE_____

Michael Kevin Hoffman
    v.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 07-261 JJF

Carl Danburg, etall



TO:    Carl Danburg/ Commissioner
        Delaware Department of Corrections
        245 Mckee Drive
        Dover Delaware 19904

■    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

■    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF Deposition | DATE AND TIME |
|---|---|

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

MEDICAL LABATORY REPORTS FROM June 2006 TILL PRESENT CRONIC CARE TREATMENT REPORTS ADMINISTERED MEDS PROGRESS NOTES X RAY REPORTS ANY RELEATED CRONIC CARE TREATMENT NEW CASTLE SUPERIOR Lt TRANSCRIPTS of VOP HEARINGS DATED 2-10-05/8-4-05/ 6-8-06/6-22-06/11/9/06/ VN-0010272-03-04-05-06  CASE#9912017771

| PLACE | DATE AND TIME |
|---|---|

■    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matter on which the person will testify, Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATUE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | DATE |
|---|---|

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|

SERVED

| SEAVED ON (PRINT NAME) | MANNER OF SEAVICE |
|------------------------|-------------------|

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service subpoena shall take reasonable steps to avoid imposing undue burden trial is den or expense on a person subject to that subpoena. The court on behalf Of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded
To produce and permit inspection and copying may, within 14 days after
Service of the subpoena or before the time specified for compliance if
Such time is less than 14 days after service, serve upon the party or
Attorney designated in the subpoena written objection to inspection or
Copying of any or all of the designated materials or of the premises. If
objection is made, the party serving the subpoena shall not be entitled
to inspect and copy the materials or inspect the premises except
pursuant to an order of the court by which the subpoena was issued. If
conditions. objection has been made, the party serving the subpoena may, upon
notice to the person commanded to produce, move at any time for an order
to compel the production. Such an order to compel production shall
protect any person who is not a party or an officer of a party from
significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued
shall quash or modify the subpoena if it
    (i) fails to allow reasonable time for compliance;
    (ii) requires a person who is not a party or an officer of a party
place more than 100 miles from the place where that
person resides, is employed or regularly transacts business in

Person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be a person may in order to attend trial be commanded of a to travel from any such place within the state in which the held, or
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv) subjects a person to undue burden.
(B) If a subpoena
    (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 10g miles to at tend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without un due hardship and assures that the person to whom the subpoena is addressed will t>e reasonably compensated, the court may order appearance or production only upon specified

(d) DUTIES IN RESPONDING TO SUBPOENA.

    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not to travel a produced that is sufficient to enable the demanding party to contest the claim.

I/M Michael Hoffman
SBI# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
30 MAY 2007 PM 1 T

LEGAL MAIL

MR. PETER T. DALLEO / CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCK BOX 18 / 844 King Street
Wilmington DELAWARE
19801


USA First-Class

# SEALED DOCUMENT