6-13-07

To The Honorable Judge Farnan my family has submitted to this Court The Informational Documents in support of my 42 USC 1983 complaint Enclosed is an Amendment of Additional Defendants Involved in This suit my Family Sent To your chambers copys of letters As an Attempt To seek Adequate medical care my Grievances And replys letter family sent to Defendant Robert George Suop back in 2006 Also letters Was Sent To Commissioner Danbug And his Response Letters I Submitted to this Court A motion for Appointment of counsel As well As Plantiffs Discovery I Am Ready to Serve The Defendants USM 285 Forms Im Awaiting for the letter from This Court so I Can Pick up The 285 Forms in Law Library I Also Submitted A subpena To Obtain my medical Records To This Court As As well As An Information Release form Signed Authorizing This court to Obtain my medical Records if needed I submitted Another Subpoena To Obtain The proceeding Transcripts of This case if this court needs Them if you need Any Additional Info Please feal free to Contact me Any Time



Respectfully
MR, Michael Hoffman
#426044
Delaware correctional ctr
1181 Paddock Rd
Smyrna De 19977

I/M: Michael Hoffman
SBI# 426044   UNIT W1 C 9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postage: $02.67 — MAILED FROM ZIP CODE 19977]

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
LOCK BOX 18 / 844 King Street
Wilmington Delaware
19801

U.S.M.S. X-RAY

Time Sensitive
LEGAL MAIL Peice