Civil Action # 07-261-JJF

6-22-07

Dear Mr Dalleo Clerk I have submitted to this court my memorandum of law with copys which this court should have received my family has submitted to Judge Fanan all supporting documents in this suit which should have been received by Judge Fanan my initial partial filing fee has been sent to this court on 6-8-2007 I am awaiting this court to send me the letter so I may pick up in the law library the 285 US Marshal Forms so I can serve the defendents with the suit the last document received from this court was the order granting to proceed in forma pauperis I submitted to this court documents which should have been received (1) Authorization form (2) Motion for Appointment of counsel (3) Plaintiffs Discovery (4) memorandum of law (5) Amendment to 42 USC 1983 Civil Rights Complaint (6) Subpoena's to obtain Records (7) Family sent the Judge JJF all the Grievance Reports unresolved the Reply letters from Defendant Danburg letters to Defendents George Kearney Carol All These Documents should have been received by this court could you send me an updated Civil Case Docket and let me know that all these Documents were Received by this court Please reply back to me regarding this matter I am currently working on my Introgatories for each Defendent I need to serve by the Marshals 285 Forms each Defendent I would appreciate it if

07cv261JJF [stamp notation]

[FILED JUN 25 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

You could please reply back to me with an update on the statuce of my Civic Action Suit

Thank you
Mr. Michael K Hoffman
SBI 00426044
Delaware Correctional Ctr
1181 Paddock Rd
Smyrna Delaware 19977

I/M Michael K Hitrack
SB# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Att PETER T. DALLEO CLERK
UNITED STATES DISTRICT COURT
Lock box 18  844 King Street
Wilmington Delaware
19801



LEGAL MAil Peice



$01.82
JUN 22 2007
MAILED FROM ZIP CODE 19977