IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KEVIN HOFFMAN, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-261-JJF |
| CARL DANBERG, THOMAS CARROLL, CORRECTIONAL MEDICAL SERVICES, SCOTT ALTMAN, RICK KEARNEY, ROBERT GEORGE, DR. DURST, DR. VANDUSEN, REGISTERED NURSE PAT, SUSSEX CORRECTIONAL INSTITUTE MEDICAL STAFF, NURSE PRACTITIONER, SUSSEX VIOLATION OF PROBATION CENTER MEDICAL STAFF, JAMES WELSH, DELAWARE CORRECTIONAL CENTER MEDICAL STAFF, and NURSE PRACTITIONER SHERYL OTT, | : |
| Defendants. | : |

## ORDER

NOW THEREFORE, at Wilmington this 3 day of July, 2007, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall cause a copy of this Order to be mailed to Plaintiff.

2. The Motion To Amend/Correct Complaint (D.I. 13) is **CONSTRUED** as an Amended Complaint.

3. Plaintiff's Motion For Appointment of Counsel (D.I. 5) is **DENIED**.

4. The Clerk of Court shall issue the subpoena to Commissioner Carl Danberg once service has been effected upon Defendants Warden Robert George and Correctional Medical

Services.

5. Plaintiff's claims against Defendants Commissioner Carl Danberg, Warden Thomas Carroll, Scott Altman, Warden Rick Kearney, Dr. Durst, Dr. Vandusen, Registered Nurse Pat, Sussex Correctional Institute Medical Staff, Nurse Practitioner, Sussex Violation of Probation Center Medical Staff, James Welsh, Delaware Correctional Center Medical Staff, and Nurse Practitioner Sheryl Ott are **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

6. The Court has identified cognizable Eighth Amendment claims against Defendants Warden Robert George and Correctional Medical Services. Plaintiff is allowed to **PROCEED** against these Defendants.

IT IS FURTHER ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff shall provide the Court with **original** "U.S. Marshal-285" forms for **remaining Defendants Warden Robert George and Correctional Medical Services** as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to Del. Code Ann. tit. 10, § 3103(c). Plaintiff has provided the Court with copies of the Complaint (D.I. 2) and the Memorandum Of Law (D.I. 11) for service upon the remaining Defendants and the Attorney General. Plaintiff shall

also provide copies of the Amended Complaint (D.I. 13) for service upon the remaining Defendants and the Attorney General. **Plaintiff is notified that the United States Marshal will not serve the Complaint, Amended Complaint and Memorandum Of Law until all "U.S. Marshal 285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal 285" forms for each defendant and the Attorney General within 120 days from the date of this Order may result in the Complaint being dismissed or Defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

    2. Upon receipt of the form(s) required by paragraph 1 above, the United States Marshal shall forthwith serve a copy of the Complaint (D.I. 2), Amended Complaint (D.I. 13), Memorandum Of Law (D.I. 11), Request For Production Of Documents (D.I. 6), this Order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the Defendant(s) so identified in each 285 form.

    3. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a Defendant, the United States Marshal shall personally serve said Defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said Defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and

return the waiver.

    4.    Pursuant to Fed. R. Civ. P. 4(d)(3), a Defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent.  If a Defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

    5.    No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

    6.    **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous service orders entered, and service **will not take place**.  An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

    7.    **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

    IT IS FURTHER ORDERED that:

    1.    Pursuant to Fed. R. Civ. P. 45, the Clerk of Court shall

issue a subpoena to Commissioner Carl Danberg, immediately following service upon the remaining Defendants. Said records requested shall be provided to Plaintiff within thirty (30) days from the date the subpoena issues. The Clerk of Court shall forward the subpoena to the United States Marshal for service.

    2. Upon receipt of the subpoena required by paragraph 1 above, the United States Marshall shall forthwith serve the subpoena upon Commissioner Carl Danberg.

_[signature]_
UNITED STATES DISTRICT JUDGE
