AMENDMENT TO CIVIL RIGHTS COMPLAINT

(Rev.S/0-)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Michael Kevin Hoffman/ Sbi # 00426044
(Name of Plaintiff)                (Inmate Number)

1181 Paddock Road
Smyrna Delaware 19977

(Complete Address with zip code)

(2) Not Applicable
(Name of Plaintiff)                (Inmate Number)

Not Applicable
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

VS

(1) Carl Danburg/ Commissioner D.O.C.

(2) Thomas Carol/ Warden Del Corr Ctr

(3) First Corr, Medical Services ,etall
       (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07-261 JJF
(Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

**Jury Trial Requested**

I.    **PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Not Applicable

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? Plaintiff Filed Numerous Medical Grivences, Letters Addressed to Defendant Carl Danburg, as well as Warden Thomas Carol, Seeking Resolution on Numerous Cronic Care Issues, AS an attempt to seek Adequate Medical Care For his Cronic Care Illness which Plaintiff is Suffering from Hiv/ Infection which he has had for Many Years, The Newcastle County Delaware Sentencing Court was also Made Awareon Numerous Proceedings, Reguarding that the Department of Corrections was Neglecting Adequate Medical Care to Plaintiff Since his arrest on December 2003, This was Also Noted on all Proceedings On Transcript in this Entire case which may be Supeoned at any time by this court, these matters were also addressed to the Delaware Supreme court without Resolution to Resolve the Ongoing Medical Cronic Care Issues, Which Plaintiff is still SUFFERING FROM AS OF THIS DAY without proper medical treatment as needed for plaintiff.

2. What was the result? C.M.S., Medical Staff At the Delaware Correctional Center, Conducted a Grievence Hearing on Some of these Matters Asa result of this matter Grievence Cordinator Michael Mc Creanor, Took No Atempt to Resolve the Issues Being Raised which Still Remain Unresolved as of this day, Plaintiff has made every atempt to Seek Resolution of these unresolved Issues He Has Addressed Carl Danburg of the Department of Corrections on Numerous Occassions which as a result of that matter he Forwareded the matter to his Medical Director Jim Welsh to Investigate into the Matter, Plaintiff has also addressed Warden Thomas Carol whith these Issues as well as Dept Warden Peirce at the Institution, as a result of that the matters at the present time remain Unresolved.

D. If your answer to "B" is No, explain why not: Not Applicable

III **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Carl Danburg

Employed as Commissioner at Delaware Department of Corrections

Mailing address with zip code: 245 Mckee Drive/ Dover Delaware 19903

(2) Name of second defendant: Thomas Carol/ Warden

Employed as DelawareCorrectional Center at Smyrna Delaware

Mailing address with zip code: 1181 Paddock Road/ Smyrna Delaware 19977

(3) Name of third defendant: ]Scott Altman/ Corr Medical Services

Employed as First Correctional Medical Services at Quality Assurance Monitor

Mailing address with zip code: 1201 College Park Drive Dover De 19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Rick Kearney/ Warden Sussex Correctional Institution/ P.O box 500 Georgetown Delaware 19147

(5) Robert George/Warden Sussex Violation Of Probation Center/23247 Dupont Highway Georgetown Delaware 19947

(6) James Welsh Medical Services Administrator/ Department of Corrections/245 Mckee Drive Dover Delaware 19904

(7) Sussex Violation Of Probation Center Medical Staff/

(8) Sussex Correctional Institution Medical Staff/ Registered Nurse Pat, Dr Durst, Nurse Practictioner Staff

(9) Delaware Correctional Center Medical Staff/ Dr Vandusin, Nurse Practitioner Sheryl Ott

2.
    AMENDMENT FILED ON JUNE 13,2007

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __June__, 20_07_

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.     On June 22, 2006 Plaintiff was Comitted to the Sussex Violation of Probation Center Located in Georgetown Delaware On a Violation of Probation and latter placed at the Sussex work release under the care of the Listed Defendant Robert George, Please Be Advised Plaintiff is an HIV/ Cronic care patiant, which carefully monitoring, and medication treatment is needed for plaintiff, while at this Described Location the CMS. Medical staff Neglected, Plaintiff Needed Blood Work which is needed to monitor the spread of the infection, and care for his cronic care Needs, Due to this Reason which Plaintiff should have started Anti-viral Medication due to his CD4/ Viral load Raiseing to a higher level, caused him to experience sever complications which was life threntening due to inadequate medical care not being provided, this matter was also brought to the attention of warden Robert George, Above listed Defendant on numerous occasions which Defendant has neglected to resolve these ongoing issues, the Medical staff at the Sussex Vop has refused to drawl Plaintiffs Blood work while he was housed their and when Family had brought to the attention of the warden by submitting a letter he then Transferred Plaintiff to another Location to advoid the situation again this matter was justified to the sentencing court which was made part of the transcripts of proceedings made avaiable on record.

2.     On October 18, 2006 Plaintiff was Transferred to the Sussex Correctional Institution, also Located in Georgetown Delaware Under the care of listed Defendant Rick Kearney. The C.M.S. Medical staff was well aware of Plaintiffs Situation Concerning his Cronic care and HIV Conditions, after Plaintiff submitting several medical requests to the medical Department as an attempt to seek treatment for this disease he was finally seen by Medical Nurse pat, in the pre-trial building at sussex corr inst, who reviewed the medical file and stated to plaintiff you should have been seen by cronic care months ago, i don't know why Vop Neglected blood work should have been drawn earlier and you should have been placed on anti- viral meds she scheduled me to be seen asap by Dr Durst, which i was seen in November 2006, Dr Durst told me, your fine and there was no need to start medication at this time, he then ordered blood work which was taken in December 2006, The Nurse Practicioner who Drewl the blood, done it in an unprofessional way which caused me to backout due to low blood cell counts and not becoming treated at an earlier date, this incident has caused me to become more iller, sicker and fealing week due to not being on the proper HIV/ Cronic care treatment while at this Institution.

3.     On January 29, 2007, Plaintiff was Transferred from the Sussex Correctional Institution To the Delaware Correctional Center Located Near Smyrna Delaware under the care of Listed Defendant Carol, while at this Institution i was starting to experience more severe complications due to this Infection becoming more severe

untreated,Ive submitted numerous Sick call slips as an attempt to receive treatment for the complications which i was suffering as ive followed this procedure it became unanswered, Plaintiff has wrote several Letters to the Department of Corrections Commissioner as an attempt to seek resolution for the inadequate care he was receiving, he replyed back to plaintiff stateing he was having his medical investigator look into this matter, on February 13,2007 Blood work was taken as a result of this the Viral Load COUNT WAS GREATER THEN 155,000 AND THE CD4/ count showed 385 mil leiter low blood cells, which was exstreamly high for not being on medication at an earlier date which should have took place, Dr Vandusen told me he was scheduleing me to meet with Dr Mcdonald asap, he started me on the Anti-Viral Medication, Atriplia, which this medication Plaintiff had an alergic reaction, to aprox two days latter Plaintiff was seen by Dr Mcdonald who Discontuined that medication and placed him on Travuda, and Keletra A Nook, and Protease Inhabitor, he also ordered a chest X-RAY which was completed , Plaintiff was suffering from Genital Problems which medication was ordered, to treat he also ordered recent blood work which was done to resolve these issues, all this came about after Plaintiff raised issues to the Department Of Corrections, to investigate this matter , Plaintiff was also Suffering from Bronkotius which medical Neglected this matter on numerous occasions, due to the Inadequate medical care which Plaintiff was Suffering from and that the Department of Corrections CMS. Medical service provider failing to treat his medical conditions at an earlier date has worsened his conditions whis complications pertaining to Hiv arose, at the present time Plaintiff is on Theres anti viral meds which he still is having side effects adjusting to the medication, which he will follow by the grievence procedures and at the doc level to seek adequate medical care as needed for his Disease.

V.  **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.  ORDER A PLIMINARY INJUNCTION AGAINST EACH DEFENDANT TO PROTECT PLAINTIFFS CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW, to fair procedural due process and Equal Protection , as well as Cruel and Unusual Punishment Issues as 8th Amendment issues raised in this complaint,Compensation of damages from each defendant, (pain suffering) (cruel unusual punishment)(compensatort damages to make up for psychical harm caused to plaintiff) ( puitive damages to punish staff who hurt plaintiff on purpose) ( nominal damages for violating of plaintiffs constitutional rights by not provideing adequate medical care) ( mental and emotional destress damages) ( mental anguish damages) COMPENSATION FOR DAMAGES CAUSED TO PLAINTIFF FROM THE LISTED DEFENDENTS FOR DAMAGES IN THE AMOUNT OF $250,000, Due to inadequate medical care which lead to endangerment and complications t due to not being treated properly

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Sigued this 13 day of MAY, 2007.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4