(Civil Action
07-261 JJF)

June 28, 2007

To the Honorable Judge Farnan enclosed is subponas so this court my obtain my medical records as well as the transcripts of proceedings in my case from the Newcastle Superior Court please review the original transcripts where the District Attorney disclosed my HIV status in open court 9912017771 1027a May 30, 2003 transcript of proceeding which violated my rights to privacy act as well all the VOP transcripts prove I brought to the Superiors courts attention on numerous occasions that the DOC is refusing me adequate medical treatment for my HIV this should be made a part of my case as well also enclosed is a medical release of info. for you to obtain my medical file from CMS my family has sent to you directly all supporting documents in my civil suit for this to be made part of record all grievances letters to address the medical issues and reply letters back from defendants I submitted a memorandum of law in support of my claim subponas, were sent to this court aswell to obtain documents I also sent an amendment to this court on the complaint which this court should have received I notified the New Journel Modal to pursue my suit and to write a story on my suit against DOC and CMS I have my Intogatories sets for Defendants ready to submitt to this court I'm Awaiting this courts

Letter to obtain the USM 285 Service of Process forms in which I may serve the Defendants I ask if you could send me an updated civil case Docket Sheet so I am aware this Court Received the materials which I've submitted to this Court and when may I serve the Defendants with the 285 USM Forms please get back to me with regards to this matter

Thank you for your time and consideration in this matter

Respectfully
[signature]
MR Michael K Hoffman
SBI # 426044
Delaware Correctional Center
1181 Paddock RD
Smyrna Delaware 19977

The Authorization Form was submitted to This Court as well

Motion to Proceed in Forma Pauperus Granted.

AO 88 (11/91) Subpoena In a Civil Case

# United States District Court

_____DISTRICT OF DELAWARE_____

Michael Kevin Hoffman
    v.

SUBPOENA IN A CIVIL CASE
CASE NUMBER: 07-261-JJF

First Correctional Medical Et all

TO:    Scott Alterman/ Quality Assurance Monitor for C.M.S.
        1201 College park Drive suit 101
        Dover Delaware 19904

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY        COURTROOM

DATE AND TIME

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.
PLACE OF Deposition    DATE AND TIME

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

ALL MEDICAL RECORDS FROM D.O.C. FILE HIV RELEATED Records LAB REPORTS, ALL Progress NOTES TREATMENT MEDICATION REPORTS X RAY LAB Reports ALL medical DR Reports From June 06 TO Present

PLACE    DATE AND TIME

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.
PREMISES    DATE AND TIME

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matter on which the person will testify, Federal Rules of Civil Procedure, 30(b) (6).

ISSUING OFFICER SIGNATUE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE
ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

AO 88 (11/91) Subpoena In a Civil Case

# United States District Court

_____DISTRICT OF DELAWARE_____

Michael Kevin Hoffman
v.

Carl Danburg Doc et all

SUBPOENA IN A CIVIL CASE
CASE NUMBER: 07-261-JJF

TO: (Att) Court reporter's Jim Pavone and T Maurer
New Castle County Superior Court
500 North King Street
Wilmington Delaware 19801

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY | COURTROOM
| DATE AND TIME

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.
PLACE OF Deposition | DATE AND TIME

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
TRANSCRIPTS OF PROCEEDINGS STATE VS. HOFFMAN 5-30-03 / CRA# 10272  CASE # 9912017771
9-2-04 VN-10272-01 / 2-10-05 VN-10272-02  8-4-05 VN 10272-03
4-5-06 VN-10272-04  6-8-06 VN-10272-04  6-22-06 VN 10272-05  11-9-06 VN/10272-06
PLACE | DATE AND TIME

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.
PREMISES | DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matter on which the person will testify, Federal Rules of Civil Procedure, 30(b) (6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE
ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## PROOF OF SERVICE

DATE        PLACE

SERVED

SERVED ON (PRINT NAME)        MANNER OF SERVICE

SERVED BY (PRINT NAME)        TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service subpoena shall take reasonable steps to avoid imposing undue burden trial is den or expense on a person subject to that subpoena. The court on behalf Of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded To produce and permit inspection and copying may, within 14 days after Service of the subpoena or before the time specified for compliance if Such time is less than 14 days after service, serve upon the party or Attorney designated in the subpoena written objection to inspection or Copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If conditions. objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
     (i) fails to allow reasonable time for compliance;
     (ii) requires a person who is not a party or an officer of a party place more than 100 miles from the place where that person resides, is employed or regularly transacts business in

Person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be a person may in order to attend trial be commanded of a to travel from any such place within the state in which the held, or
     (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
     (iv) subjects a person to undue burden.

(B) If a subpoena
     (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
     (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
     (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 10g miles to at tend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without un due hardship and assures that the person to whom the subpoena is addressed will t>e reasonably compensated, the court may order appearance or production only upon specified

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials. the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not to travel to a produced that is sufficient to enable the demanding party to contest the claim.



07-261-JJF

## CORRECTIONAL MEDICAL SERVICES, INC.
## RELEASE OF INFORMATION AUTHORIZATION

| Name: Michael Kevin Hoffman | ID Number/Date of Birth: 00426044  12-03-1969 |
|---|---|
| Facility Releasing Information: Delaware Correctional Center, 1181 Paddock Rd, Smyrna DE 19977 | Date: 6-27-2007 |

I am either the patient named above or the patient's legally authorized representative.

By signing this form I authorize and release Correctional Medical Services, Inc. ("CMS") and the Facility from liability relating to the release of the following information, including protected health information, included in my medical record to: Honorable Joseph Farnan Judge

| Name/Agency: United States Dist Court District of Delaware | Address: Lock Box 18  844 King St  Wilmington Delaware | City, State, Zip Code: Wilmington DE 19801 |
|---|---|---|

Information to be released  from the dates of  6-2006  to  Present Current

| X | Admission Reports | | Discharge Reports | X | X-Ray Reports ✓ |
| X | Operative Summary Reports | X | Special Studies Reports ✓ | X | Laboratory Reports ✓ |
| X | Immunization History | | Mental Health Reports* | | Psychiatric Summary Reports* |
| X | Drug/Alcohol History and Counseling* | X | HIV Status and Treatment* | X | Sexually Transmitted Diseases Status and Treatment* |

Other: Specify  Lab Reports  HIV  Treatment  Dr Reports  Medication Administed  Progress Reports  And HIV Related Documents from Medical File Doc

Purpose for which disclosure is being made:

| | Attorney | | Insurance | | Doctor |
| X | Other: Civil Suit Case 07-261-JJF | | | | |

* I understand that my expressed consent is required to release any health care information relating to testing, diagnosis, and/or treatment for HIV (AIDS virus), sexually transmitted diseases, psychiatric disorders/mental health, and/or drug and/or alcohol use. You are hereby specifically authorized to release all health care information relating to such testing, diagnosis, and/or treatment of the aforementioned conditions.

| Signature of Patient or Authorized Representative | Date: 6-27-2007 |
|---|---|

I understand medical records cannot be disclosed without written consent, except as provided for under federal or state law. This authorization is valid for 90 days after the date signed and is subject to revocation by me at any time if provided in writing to CMS or the Facility, except to the extent that disclosure has already been disclosed in reliance on this authorization. I understand I am not required to sign this authorization to receive health care or treatment. I understand that, once information is disclosed pursuant to this Authorization, it is possible that it will no longer be protected by applicable federal medical privacy laws and could be re-disclosed by the person or agency that receives it, however, I do not authorize such secondary disclosure.

State law provides that a health care provider may charge a reasonable fee for these records.

| Signature of Patient or Authorized Representative* | Date Signed: 6-27-2007 |
|---|---|
| *Authorized Representative's relationship to patient and authority to act for patient: SS# 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 | SBI 00426044 |

CMS 7171 English Rev 08/2004



# CORRECTIONAL MEDICAL SERVICES, INC.
## AUTORIZACION PARA EL DESCARGO DE INFORMACION

| Nombre | Numero de Id / fecha de Nacimiento |
|---|---|
|   |   |

| Entidad que descarga la Información | Fecha |
|---|---|
|   |   |

Yo soy el paciente nombrado arriba o el representante legalmente autorizado del paciente.

Al firmar esta forma autorizo y libero de responsabilidad a CMS y a la entidad como es relacionado a soltar la información siguiente, incluyendo información de salud protegida incluida en mi archivo medico a:

| Name/Agency | Dirección | Ciudad/Estado/Codigo Postal |
|---|---|---|
|   |   |   |

| La información que será descargada pertenece | a las fechas de |   | a |   |
|---|---|---|---|---|
| Archivo de Ingreso | Archivo de Despido | | Radiografías | |
| Archivo del sumario operativo | Archivo de estudios especiales | | Archivo de laboratorios | |
| Historia de Inmunización | Archivo de salud mental * | | Archivo de sumario psiquiátrico* | |
| Historia y Aconsejo de drogas/alcohol * | La posición y tratamiento relativo a SIDA/HIV * | | La posición y tratamiento relativo a enfermedades transmitidas sexualmente* | |

Otro: Especifica

El propósito por cual se pide hacer este descubrimiento es:

| Solicitor? | Aseguranza? | Doctor? |
|---|---|---|
| Otro:? |   |   |

Entiendo que se requiere mi consentimiento expreso para descargar / soltar cualquier información medica relacionada a pruebas, diagnosis, y tratamiento de SIDA/HIV (virus), enfermedades trasmitidas por medio sexual, desordenes psiquiatricas/salud mental, y / o uso de drogas/alcohol. Esta usted aquí autorizado específicamente de descargar / soltar toda información de cuido sanitario acerca estas pruebas, diagnosis, y/o tratamiento de las condiciones mencionadas antes.

| Firma de paciente o Representante autorizado | Fecha |
|---|---|

Entiendo que archivos médicos no se pueden descargar / soltar sin consentimiento en escrito, excepto bajo de las leyes federales y del estado. Esta autorización es valida por 90 días después de la fecha firmada y esta sujeta de anulación por mí a cualquier tiempo si se me pide en escrito o a CMS o la entidad, excepto cuando el descargo ya se ha hecho bajo esta autorización.

Entiendo que no se me requiere firmar esta autorización para recibir cuido de salud o tratamiento. Entiendo que, ya siendo la información descubierta bajo esta autorización, es posible que ya no será protegida bajo leyes federales aplicables de protección medica, y en fin pueden ser descubiertas otra vez por la persona o agencia cual la reciba pero, yo no autorizo ese descubrimiento secundario.

La ley estadal mantiene que el proveedor de salud puede cobrar un pago razonable por estos archivos.

| Firma del paciente o representante autorizado* | Fecha Firmado |
|---|---|

| * La relación del representante autorizado del paciente y la autoridad de actuar por el paciente |   |
|---|---|

CMS 7171 Spanish Rev 08/2004

I/M Michael Hoffman
SBI# 426044  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 JUN 2007 PM 1 T

(Att) Joseph J Farnan Judge
United States District Court
District of Delaware
Lock Box 18 / 844 King ST
Wilmington Delaware
19801

LEGAL MAIL PERCE