Civil Action # 07-261-JJF

Dear Mr Peter T Dalleo Clerk US Dist Court

I filed my 42 USC 1983 Civil Rights law suit on 5-16-07 and an amendment to the complaint on 6-13-07 on 6-8-07 I submitted to this court a memorandum of law in support of my claim with enclosures The last document Ive received on my case was an order granting me to proceed in forma pauperis This was on May 25, 07. Ive also submitted to this court numerous documents in support of my claim subponas medical release of informations I am awaiting a reply back from this court so I may proceed to serve the defendents by forma 285 USM forms I'm currently awaiting a reply back from this court so I may serve the defendents I have my introgatories ready for filing I first need permission from this court to serve the defendents I submitted to you a letter requesting a civil case docket sheet uppdateing the statue of my case I have currently not received My question is did the US Dist court Dist of Delaware receive any of my documents which Ive sent out my family from the streets sent Judge JJF all supporting documents to my case. Please get back to me with reguards to the current statue of my case and when will I be able to serve the defendents    Please get back to me.

SBI 426044

Mr Michael Hoffman
1181 Paddock Rd
Smyrna De 19977

IM Michael Hoffman
SBI# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 JUN 2007 PM 3 T

Peter T. Dalleo Clerk
United States Dist Court
District of Delaware
Lock Box 18 / 844 King Street
Wilmington Delaware
19801