07-261      7-13-2007

MR PETER DALLEO CLERK I SUBMITTED TO THIS COURT MY USM 285 FORMS TO BE SERVED UPON THE 3 DEFENDANTS ON THIS CASE I ALSO SUBMITTED TO THIS COURT MY INTROTOGATORIES PLANTIFFS PRODUCTION OF DOCUMENTS MOTION THE AMENDED COMPLAINT FOR SERVICE UPON THE DEFENDANTS ENCLOSED IS ADDITIONAL SUPPORTING DOCUMENTS TO BE ADDED TO MY FILE MY FATHER SENT THIS COURT ALL SUPPORTING DOCUMENTS TO BE ADDED TO MY FILE COULD YOU PLEASE LET ME KNOW THAT THE USM 285 FORMS WERE RECEIVED THE AMENDENDED COMPLAINT, THE SUBPENA TO OBTAIN THE SUPERIOR COURT NEW CASTLE COUNTY TRANSCRIPTS OF PROCEEDINGS COULD YOU PLEASE LET ME KNOW ANY UPDATED INFORMATION ON MY CASE

QTY   PACKET INCLUDED

(3) USM 285 FORMS SENT TO THIS COURT ON 7-12-07

QTY

(4) AMENDMENDED 42 USC 1983 AMENDENDED COMPLAINTS SENT 7-12-07

(1) SUBPENA TO OBTAIN COURT RECORDS SENT ON 7-12-07

(4) INTORAGATORIES TO SERVE UPON DEFENDANTS SENT ON 7-12-07

YOU SHOULD HAVE RECEIVED ALL THESE DOCUMENTS

THANK YOU

MICHAEL K HOFFMAN #426044
1181 PADDOCK RD
SMYRNA DE 19977

I/M Michael Hoffman
SBI# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
RAY

(Att) PETER T. DALLEO CLERK
UNITED STATES DISTRICT Court
DISTRICT OF DELAWARE
LOCK BOX 18 / 844 King Street
WILMINGTON DELAWARE
19801

Time Sensative
LEGAL MAIL Peter