IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Michael Kevin Hoffman,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 07-261-JJF<br>) |
| Warden Robert George Sussex Vop Center<br>Correctional Medical Services, et all<br>Delaware Department of Justice,<br>      Defendant. | <br><br>)<br>) |

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Michael K, Hoffman pursuant to 28 U.S.C. § 1915, requests this court to appoint counsel to represent petitioner in the above-entitled action for the following reasons:

1.   The plaintiff is unable to afford counsel.

2.   The issues involved in this case are complex.

3.   The complaint in this case alleges that the defendant's subject plaintiff to Cruel and Unusal Punishment, Violation of Constitutional Rights, Plaintiff seeks Compensation for damages.

4.   The plaintiff's allegations, if proved, clearly would establish a constitutional violation.

5.   In deciding whether to appoint counsel for an indigent litigant, the court should consider "the factual complexity of the case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claim and the complexity of the legal issues." In addition, courts have suggested that the most important factor is whether the case appears to have merit.

6.   Plaintiff is Indigent and with out Funds to Obtain Private Counsel to Represent him at this time, Plaintiff Is a Cronic care REDACTED which he Depends on Social Security Benefits to Survive in Society and Medical Assistance from the Federal Government..

For the foregoing reasons, the court should grant the plaintiff's motion and appoint counsel in

FILED
JUL 2 3 2007
RGscan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

this case.

Date: 7/20/07

_____
Michael Kevin Hoffman 426044
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Michael Kevin Hoffman,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 07-261-JJF |
| Warden Robert George/ Sussex Vop Center<br>Correctional Medical Services etall,<br>Delaware Department of Justice,<br>    Defendant. | )<br>)<br>) | |

## ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____, 20 ____, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY_____.

## Certificate of Service

I, Michael Kevin Hoffman, hereby certify that I have served a true And correct copies of the attached motion for appointment of counsel upon the following parties/person (s):

TO:   Peter T Dalleo, Clerk of Courts
      United States District Court
      District of Delaware
      Lock Box 18/ 844 King Street
      Wilmington Delaware 19801

TO:   Delaware Department of Justice
      Carvel State Office Building
      820 North French Street
      Wilmington Delaware 19801

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977

_____
Michael Kevin Hoffman/ 426044

On this 20 day of July, 2007

I/M Michael K Hoffman
SBI# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
20 JUL 2007 PM 2 T

Att. PETER T. DALLEO CLERK
UNITED STATES DISTRICT COURT
DiSTRiCT of DELAWARE
Lock Box 18 / 844 KiNG Street
WiLMiNGTON DELAWARE 19801

LEGAL MAiL