OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## NOTICE REGARDING PERSONAL INFORMATION

DATE: 7/24/07

TO: Michael Kevin Hoffman

CA# 07-261(JJF)

CASE CAPTION: Hoffman v. Danburg et al.

DOCUMENT TITLE: Supplemental Exhibits to Complaint (SEALED)

D.I.# 23

   On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet. For future reference, if you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". Please be advised that DI #23 has been placed under seal due to the confidential medical information.

cc: The Honorable Joseph J. Farnan, Jr.

Beth Dinan
Deputy Clerk