IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL KEVIN HOFFMAN,       :
                             :
      Plaintiff,           :
                             :
v.                           : Civ. Action No. 07-261-JJF
                             :
CORRECTIONAL MEDICAL SERVICES :
and ROBERT GEORGE,           :
                             :
      Defendants.          :

**O R D E R**

At Wilmington this / day of August, 2007;

Plaintiff Michael Kevin Hoffman, an inmate at the Delaware Correctional Center, filed this civil rights action pursuant to 42 U.S.C. § 1983. He appears pro se.

Now before the Court are two Motions for Appointment of Counsel. (D.I. 14, 26.) Plaintiff previously sought, and on July 3, 2007, was denied, appointed counsel. (D.I. 5, 18.) The grounds he now raises for appointment of counsel are no different than those in his initial Motion For Appointment Of Counsel. Moreover, this case is in its early stages and the parties have yet to be served.

IT IS THEREFORE ORDERED that Plaintiff's Motions for Appointment of Counsel (D.I. 14, 26) are **DENIED** without prejudice.

                                              _____
                                              UNITED STATES DISTRICT JUDGE