**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 24, 2007

TO: Michael Kevin Hoffman
SBI# 00426044
Delaware Correction Center
1181 Paddock Road
Smyrna, DE 19977

RE: U.S. Marshal 285 Forms
Civ. No. 07-261(JJF)

Dear Mr. Hoffman:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint, amended complaint, memorandum of law and request for production of documents along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
U.S. Marshal
Pro Se Law Clerk