CA # 07-261-JJF

*Michael Kevin Hoffman*
715 Mill creek lane
Bear Delaware 19701
215-253-2405 cellular number
302-322-4612 home
massagesbymichael@comcast.net

August 30, 2007

*Dear sir or madam to whom this may concern, this correspondence is to inform the court, of my change of address, I was released from Incarceration on August 22, 2007, my new address is as followed I ask the court to forward any future correspondences with regards to my civil action suit to the following listed address.*

Mr. Michael Kevin Hoffman
715 Mill creek lane
Bear Delaware 19701
215- 253-2405 Cellular number

Sincerely, [signature]
Signature



RECEIVED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Michael Hoffman
15 Millcreek Cir
Bear Delaware 19701

Peter T. Dalleo Clerk
United States District Ct
District of Delaware
Lock Box 18. 844 King St
Wilmington Delaware 19801


