Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
SEP 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Michael Kevin
SBI # 0042604
Delaware Cor[r]
1181 Paddock
Smyrna, DE 1

NIXIE    197    DE    1    00    09/11/07
RETURN TO SENDER
ATTEMPTED NOT KNOWN
UNABLE TO FORWARD
BC: 19899001818    *1127-08792-04-45

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>MICHAEL KEVIN HOFFMAN | COURT CASE NUMBER<br>07-261 |
| DEFENDANT<br>JOSEPH R. BIDEN ATTORNEY GENERAL STATE OF DELAWARE | TYPE OF PROCESS<br>CIV ACTION 07-261JJF |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOSEPH R. BIDEN ET AL.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 820 N. FRENCH STREET WILMINGTON DELAWARE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. MICHAEL KEVIN HOFFMAN
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

RETURN RECEIPT REQUESTED TO PLAINTIFF UPON SERVICE TO ALL DEFENDENTS

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (home) (302) 322-4612
DATE 7/12/07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk
Date 8/21/07

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Keith Brady, Asst. St. Sol.

Date of Service: 8/22/07  Time: 11:00 am

REMARKS: