Michael Hoffman

07-261-JJF

vs

Danburg et all

I am notifying the courts of my new change of address which is

Michael K Hoffman
5245 Durton St Apt 2
Philadelphia PA 19124
(215) 904-8467

FILED
2007 OCT -1 AM 11:44
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE