IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL KEVIN HOFFMAN,                )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )   Civil Action No. 07-261-JJF
                                      )
CARL DANBURG, et al,                  )
                                      )
        Defendants.                   )

**ORDER**

WHEREAS, on September 27, 2007, plaintiff, having been released from prison, submitted a new standard form application to proceed without prepayment of fees;

At Wilmington, this ___5___ day of ___October___, 2007, the Court having considered plaintiff's application;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge