IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL KEVIN HOFFMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-261-JJF |
| | ) | |
| WARDEN ROBERT GEORGE and | ) | |
| CORRECTIONAL MEDICAL SERVICES | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Catherine Damavandi on behalf of State Defendant Warden Robert George. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendant. The State Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Catherine Damavandi
        Catherine Damavandi, ID#3823
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302) 577-8400
        catherine.damavandi@state.de.us
Date: October 12, 2007        Attorney for State Defendant

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 12, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on October 12, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Michael Kevin Hoffman
5245 Burton Street, Apt. #2
Philadelphia, PA  19124

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
catherine.damavandi@state.de.us