IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL KEVIN HOFFMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-261 JJF |
| | : | |
| WARDEN ROBERT GEORGE, CORRECTIONAL MEDICAL SERVICES, | : : : | |
| | : | |
| Defendants. | : | |

### DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S MOTION TO DISMISS PURSUANT TO RULE 4 (m)[1]

Defendant Correctional Medical Services, Inc. ("CMS") hereby moves for entry of an order in the form attached hereto dismissing the Plaintiff's claims against it for failure timely to serve process. In support of this Motion, CMS states as follows:

1. On May 15, 2007, Plaintiff filed his Complaint alleging civil rights violations against CMS and other medical providers and prison officials. (D.I. 2) On June 19, 2007, Plaintiff filed his Motion to Amend/Correct. (D.I. 13) On July 3, 2007, the Court entered its Order stating that D.I. 13 was to be construed as an Amended Complaint and dismissing the claims against all defendants except CMS and Warden Robert George and was deemed filed as of the date of the Order (July 3, 2007). (D.I. 19)

2. The Court's July 3 order also instructed the Plaintiff to forward USM 285 forms for service on Mr. George and CMS. The Docket reflects that USM 285 forms for George and CMS

---

[1] CMS reserves all defenses and does not, by the filing of this Motion for the limited and exclusive purpose of petitioning the Court to dismiss all claims against it, intend to waive any defense available to it.

exited to the U.S. Marshall's Service on August 9, 2007. (Exhibit "A") The Docket further reflects that Attorney General Biden was served on August 22, 2007. (*Id.*)

3. On September 4, 2007, the Court docketed item number 32, a letter from Plaintiff announcing that he had been released from incarceration on August 22, 2007 and was now living in Bear, Delaware. (D.I. 32)

4. On September 6, 2007, the Court docketed Defendant George's Waiver of Service. (D.I. 31)

5. On October 1, 2007, the Court docketed Plaintiff's second change of address letter, stating Plaintiff's new address in Philadelphia, Pennsylvania. (D.I. 34)

6. As of the date of this Motion, CMS has not been served.

7. As of the date of this Motion, 159 days have passed since the USM 285 forms were sent to the US Marshall for service (August 9, 2007) without service on CMS.

8. As of the date of this Motion, 196 days have passed since the Amended Complaint was deemed filed (July 3, 2007) without service on CMS.

9. Federal Rule of Civil Procedure 4(m) provides:

> (m) Time Limit for Service.
>
> If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

10. Because the Plaintiff was released from incarceration on August 22, 2007, the Court's duty to assist in service was terminated as of that date. It has been 146 days since Plaintiff was released and still CMS has not been served.

11.     Pursuant to Fed.R.Civ.P. 4(m), the Plaintiff's claims against CMS should be dismissed.

WHEREFORE, for the foregoing reasons, defendant Correctional Medical Services, Inc. respectfully requests entry of the order attached hereto dismissing all claims against Correctional Medical Services, Inc.

                                                BALICK & BALICK, LLC

                                                /s/ James E. Drnec
                                              James E. Drnec, Esquire (#3789)
                                              711 King Street
                                              Wilmington, Delaware 19801
                                              302.658.4265
                                              Attorneys for Defendant
                                              Correctional Medical Services, Inc.

Date:   January 15, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL KEVIN HOFFMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-261 JJF |
| | : | |
| WARDEN ROBERT GEORGE, CORRECTIONAL MEDICAL SERVICES, | : : : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this ____ day of _____, 2008, this Court having considered Defendant Correctional Medical Services, Inc.'s Motion to Dismiss Pursuant to Rule 4(m), and all opposition thereto, it is hereby ordered that the Motion is GRANTED. All claims against Defendant Correctional Medical Services, Inc. are dismissed without prejudice.

_____

Judge Joseph J. Farnan.

# Exhibit A

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00261-JJF

Hoffman v. Danburg et al  
Assigned to: Honorable Joseph J. Farnan, Jr.  
Demand: $250,000  
Related Case: 1:06-cv-00473-JJF  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/05/2007  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prisoner: Prison Conditions  
Jurisdiction: Federal Question

**Plaintiff**

**Michael Kevin Hoffman**     represented by   **Michael Kevin Hoffman**
Michael Kevin Hoffman, Pro se
5245 Burton Street, Apt. 2
Philadelphia, PA 19124
215-904-8467
PRO SE

V.

**Defendant**

**Carl Danburg**
*Commisioner D.O.C.*
*TERMINATED: 07/03/2007*

**Defendant**

**Warden of DCC Thomas Carol**
*TERMINATED: 07/03/2007*

**Defendant**

**Correctional Medical Services**

**Defendant**

**Warden Rick Kearney**
*Sussex Correctional Institution*
*TERMINATED: 07/03/2007*

**Defendant**

**Warden Robert George**     represented by   **Catherine C. Damavandi**
*Sussex Violation of Probation Center*
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: Catherine.Damavandi@state.de.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Defendant

**Dr. Durst**
*Correctional Medical Services Staff*
*TERMINATED: 07/03/2007*

Defendant

**Dr. Vandusen**
*Correctional Medical Services Staff*
*TERMINATED: 07/03/2007*

Defendant

**Nurse Pat**
*Correctional Medical Services Staff*
*TERMINATED: 07/03/2007*

Defendant

**Sussex Correctional Institute Medical Staff**
*TERMINATED: 07/03/2007*

Defendant

**Nurse Practioner**
*at Del Corr Ctr*
*TERMINATED: 07/03/2007*

Defendant

**Sussex Violation of Probation Center Medical Staff**
*TERMINATED: 07/03/2007*

Defendant

**Scott Altman**
*Corr Medical Services*
*TERMINATED: 07/03/2007*

Defendant

**James Welsh**
*Medical Services Administrator*
*TERMINATED: 07/03/2007*

Defendant

**Delaware Correctional Center Medical Staff**
*TERMINATED: 07/03/2007*

Defendant

**Attorney General Joseph Biden, III**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Michael Kevin Hoffman. (Attachments: # 1 Inmate Account Statement)(lid) (Entered: 05/16/2007) |
| 05/15/2007 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Durst, Vandusen, Pat, Sussex Corr Inst, Practioner, Sussex Violation Of Probation Center, Medical Staff, Carl Danburg, Thomas Carol, Correctional Medical Services, Rick Kearney, Robert George - filed by Michael Kevin Hoffman.(lid) (Entered: 05/16/2007) |
| 05/15/2007 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (lid) (Entered: 05/16/2007) |
| 05/23/2007 |   | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb) (Entered: 05/23/2007) |
| 05/23/2007 | 5 | Plaintiff's MOTION to Appoint Counsel - filed by Michael Kevin Hoffman. (lec) (Entered: 05/25/2007) |
| 05/23/2007 | 6 | REQUEST for Production of Documents directed to Defendants by Michael Kevin Hoffman.(lec) (Entered: 05/25/2007) |
| 05/25/2007 | 4 | ORDER granting Motion to Proceed IFP. Filing Fee of $350.00 Assessed. An initial partial filing fee of $6.51 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form)Notice of Compliance deadline set for 6/28/2007. Signed by Judge Joseph J. Farnan, Jr. on 5/25/2007. (Attachments: # 1 authorization form)(lec) (Entered: 05/25/2007) |
| 05/31/2007 | 7 | Letter, dtd 5/29/07, to Clerk of the Court from Michael Hoffman regarding Authorization Form and USM 285 Forms. (lec) (Entered: 06/04/2007) |
| 05/31/2007 | 8 | Authorization by Michael Kevin Hoffman requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (lec) (Entered: 06/04/2007) |
| 05/31/2007 | 9 | ACKNOWLEDGMENT OF RECEIPT of AO FORM 85 FOR D.I. 4. Acknowledgment filed by Michael Kevin Hoffman. (lec) (Entered: 06/04/2007) |
| 05/31/2007 | 10 | REQUEST for Production of Documents "Subpoena in a Civil Case" directed to Carl Danburg/Commissioner Delaware Department of Corrections by Michael Kevin Hoffman. (Attachments: # 1 Sealed CMS, Inc. Release of Information Authorization)(lec) (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 06/11/2007 | 11 | SEALED "Memorandum Of Law In Support Of Plaintiffs Civil Rights Complaint" re D.I. 2 by Michael Kevin Hoffman. (lec) (Entered: 06/12/2007) |
| 06/19/2007 | 12 | Letter, dtd 6/13/2007, to the Court from Michael Hoffman regarding 42 USC 1983 complaint and informing the Court of various documents that he has submitted. (lec) (Entered: 06/21/2007) |
| 06/19/2007 | 13 | MOTION to Amend/Correct Complaint - filed by Michael Kevin Hoffman. (lec) (Entered: 06/21/2007) |
| 06/25/2007 | 14 | SECOND MOTION to Appoint Counsel - filed by Michael Kevin Hoffman. (lec) (Entered: 06/27/2007) |
| 06/25/2007 | | Set Briefing Schedule: Answering Brief due 7/13/2007 re D.I. 14 Second Motion for Counsel. (lec) (Entered: 06/27/2007) |
| 06/25/2007 | 15 | Letter, dtd 6/22/2007, to Clerk of Court from Michael K. Hoffman regarding USM 285's and requesting a copy of the docket. (lec) (Entered: 06/27/2007) |
| 06/28/2007 | 16 | Letter to Michael K. Hoffman from Clerk of the Court enclosing Copy of Docket Sheet - re 15 Letter. (lec) (Entered: 06/28/2007) |
| 07/02/2007 | 20 | Letter, dtd 6/28/2007, to the Court from Michael K. Hoffman regarding Medical Records subpoena and request for docket sheet. (lec) (Entered: 07/05/2007) |
| 07/02/2007 | 21 | Letter to the Clerk of Court from Michael Hoffman regarding USM 285's and receipt of documents. (lec) (Entered: 07/05/2007) |
| 07/03/2007 | 17 | MEMORANDUM OPINION. Signed by Judge Joseph J. Farnan, Jr. on 7/3/2007. (lec) (Entered: 07/05/2007) |
| 07/03/2007 | 18 | ORDER that D.I. 13 is CONSTRUED as an Amended Complaint. Plaintiff's Motion for Appointment of Counsel D.I. 5 is DENIED. Clerk of Court shall issue subpoena to Commissioner Carl Danberg once service has been effected upon Defendants Warden Robert George and Correctional Medical Services. Claims are DISMISSED Without Prejudice as frivolous against Defendants Commissioner Carl Danberg, Warden Thomas Carroll, Scott Altman, Warden Rick Kearney, DSr. Durst, Dr. Vandusen, RN Pat, SCI Medical Staff, James Welsh, DCC Medical Staff and Nurse Practitioner Sheryl Ott. Plaintiff is allowed to proceed against Warden Robert George and Correctional Medical Services and shall return to Clerk original USM 285 form(s)for these two remaining defendants as well as for the Attorney General of the State of Delaware. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff (See Order for Details)(Copy to pltf.) Signed by Judge Joseph J. Farnan, Jr. on 7/3/2007. (lec) (Entered: 07/05/2007) |
| 07/03/2007 | 19 | AMENDED COMPLAINT against Correctional Medical Services, Robert George (Other defendants named in this Amended Complaint were dismissed in same Order that granted the filing of this Amended Complaint. See D.I. 18 for list of dismissed defendants)- filed by Michael |

|  |  |  |
|---|---|---|
|  |  | Kevin Hoffman.(lec) (Entered: 07/05/2007) |
| 07/13/2007 | 22 | Letter to Clerk of Court from Michael Hoffman requesting verification of receipt of filings. (dlk) (Entered: 07/20/2007) |
| 07/13/2007 | 23 | Supplemental EXHIBITS to D.I. 2 Complaint by Michael Kevin Hoffman and SEALED by clerk due to contents. (dlk) (Entered: 07/20/2007) |
| 07/16/2007 |  | Partial Filing Fee Received from Michael Kevin Hoffman: $ 14.51, receipt number 148197 (copy of receipt/report to business office). (rbe) (Entered: 07/16/2007) |
| 07/20/2007 | 24 | SEALED REQUEST for Production of Documents directed to all Defendants by Michael Kevin Hoffman.(lec) (Entered: 07/25/2007) |
| 07/20/2007 | 25 | SEALED INTERROGATORIES Propounded to all Defendants by Michael Kevin Hoffman.(lec) (Entered: 07/25/2007) |
| 07/23/2007 | 26 | MOTION to Appoint Counsel - filed by Michael Kevin Hoffman. (lec) (Entered: 07/25/2007) |
| 07/24/2007 | 27 | Letter to Michael Kevin Hoffman from Clerk of Court regarding Notice of Personal Information - re 23 Exhibit to a Document. (lec) (Entered: 07/25/2007) |
| 08/01/2007 | 28 | ORDER DENYING without Prejudice D.I. 14 Motion to Appoint Counsel ; DENYING without Prejudice D.I. 26 Motion to Appoint Counsel. Signed by Judge Joseph J. Farnan, Jr. on 8/1/2007. (lec) (Entered: 08/06/2007) |
| 08/07/2007 |  | CORRECTING ENTRY: Deleted D.I. 29 Letter regarding service. Docket Number 29 is available for re-use. (lec) (Entered: 08/07/2007) |
| 08/08/2007 |  | Partial Filing Fee Received from Michael Kevin Hoffman: $.66, receipt number 148472 (copy of receipt/report to business office). (rbe) (Entered: 08/08/2007) |
| 08/09/2007 |  | Remark : Exit to USMS for Service on AG Biden, Warden George, and CMS, D.I. 2,4,6,11,13,18, USM 285, AO forms 398 and 399. (lec) (Entered: 08/09/2007) |
| 08/10/2007 | 29 | Letter to Michael K. Hoffman from Clerk of the Court regarding service of USM 285 forms. (lec) (Entered: 08/10/2007) |
| 08/23/2007 | 30 | USM 285 Returned Executed by Michael Kevin Hoffman: Delaware Attorney General Joseph Biden, III served on 8/22/2007, answer due 9/11/2007. (lec) (Entered: 08/24/2007) |
| 09/04/2007 |  | Remark: Plaintiff's address updated per letter filed 9/4/07 (els) (Entered: 09/04/2007) |
| 09/04/2007 | 32 | NOTICE of Change of Address by Michael Kevin Hoffman (lec) (Entered: 09/06/2007) |
|  |  |  |

| 09/06/2007 | 31 | WAIVER OF SERVICE with 285 form returned executed For Robert George waiver sent on 8/22/2007, answer due 10/22/2007. (lec) (Entered: 09/06/2007) |
| --- | --- | --- |
| 09/12/2007 | 33 | Return of Undeliverable Mail, copy of D.I. 30, sent to Michael Kevin Hoffman - Unable to Forward. (lec) (Entered: 09/15/2007) |
| 09/27/2007 | 35 | MOTION for Leave to Proceed in forma pauperis - filed by Michael Kevin Hoffman. (lec) (Entered: 10/02/2007) |
| 10/01/2007 | 34 | NOTICE of Change of Address by Michael Kevin Hoffman (lec) (Entered: 10/02/2007) |
| 10/05/2007 | 36 | ORDER granting 35 Motion for Leave to Proceed in forma pauperis. Signed by Judge Joseph J. Farnan, Jr. on 10/5/07. (bkb) (Entered: 10/09/2007) |
| 10/12/2007 | 37 | NOTICE of Appearance by Catherine C. Damavandi on behalf of Robert George (Damavandi, Catherine) (Entered: 10/12/2007) |
| 10/22/2007 | 38 | SEALED ANSWER to Amended Complaint by Robert George. (Damavandi, Catherine) Modified on 10/23/2007 (dab, ). (Entered: 10/22/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/15/2008 10:33:22 | | | |
| PACER Login: | bb3613 | Client Code: | cms-hoffman |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00261-JJF Start date: 1/1/1970 End date: 1/15/2008 |
| Billable Pages: | 3 | Cost: | 0.24 |

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 15th day of January 2008, the foregoing Defendant Correctional Medical Services, Inc.'s Motion to Dismiss Pursuant to Rule 4 (m) was filed via CM/ECF and served First Class Mail upon the following:

>Michael Kevin Hoffman
>5245 Burton St. Apt.2
>Philadelphia, PA 19124

>　　　/s/ James E. Drnec
>James E. Drnec, Esquire (#3789)

Case 1:07-cv-00261-JJF    Document 39-4    Filed 01/15/2008    Page 1 of 1