US POSTAGE $00.41 01/16/2008

CA 07-261 JJF

NIXIE    191    DE 1    00  01/18/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

**FILED**
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

**Utility Events**
1:07-cv-00261-JJF Hoffman v. Danburg et al
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 1/16/2008 at 12:39 PM EST and filed on 1/15/2008
**Case Name:** Hoffman v. Danburg et al
**Case Number:** 1:07-cv-261
**Filer:**
**Document Number:** No document attached

**Docket Text:**
CORRECTING ENTRY:, Set Briefing Schedule: Answering Brief due 2/4/2008 for DI [39]. (bkb)


**1:07-cv-261 Notice has been electronically mailed to:**
James Edward Drnec jdrnec@balick.com, jzielinski@balick.com
Catherine C. Damavandi Catherine.Damavandi@state.de.us

**1:07-cv-261 Notice has been delivered by other means to:**

Michael Kevin Hoffman
Michael Kevin Hoffman, Pro se
5245 Burton Street, Apt. 2
Philadelphia, PA 19124

```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:Catherine.Damavandi@state.de.us, Rosemary_Piergiovanni@ded.uscourts.gov,
jdrnec@balick.com, jjf_nef@ded.uscourts.gov, jzielinski@balick.com,
kyle_fisher@ded.uscourts.gov
Message-Id:<502945@ded.uscourts.gov>
Subject:Activity in Case 1:07-cv-00261-JJF Hoffman v. Danburg et al Motion to
Dismiss/Insufficiency of Service
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Drnec, James on 1/15/2008 at 12:41 PM EST and filed on 1/15/2008

**Case Name:**     Hoffman v. Danburg et al
**Case Number:**   1:07-cv-261
**Filer:**         Correctional Medical Services
**Document Number:** 39

**Docket Text:**
MOTION to Dismiss for Insufficiency of Service of Process - filed by Correctional Medical Services. (Attachments: # (1) Text of Proposed Order # (2) Exhibit A# (3) Certificate of Service)(Drnec, James)

**1:07-cv-261 Notice has been electronically mailed to:**

Catherine C. Damavandi    Catherine.Damavandi@state.de.us

James Edward Drnec    jdrnec@balick.com, jzielinski@balick.com

**1:07-cv-261 Notice has been delivered by other means to:**

Michael Kevin Hoffman
Michael Kevin Hoffman, Pro se
5245 Burton Street, Apt. 2
Philadelphia, PA 19124

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**