IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL KEVIN HOFFMAN, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-261 JJF |
| WARDEN ROBERT GEORGE, CORRECTIONAL MEDICAL SERVICES, | : | |
| Defendants. | : | |

MOTION FOR ENTRY OF ORDER OF DISMISSAL

Defendant Correctional Medical Services, Inc. ("CMS") hereby moves for entry of an order in the form attached hereto dismissing the Plaintiff's claims against it for failure timely to serve process. In support of this Motion, CMS states as follows:

1. On May 15, 2007, Plaintiff filed his Complaint alleging civil rights violations against CMS and other medical providers and prison officials. (D.I. 2).

2. On July 3, 2007, Plaintiff's Amended Complaint was deemed filed. (D.I. 19)

3. On January 15, 2008, CMS moved to dismiss the claims against for insufficiency of service of process. (D.I. 39)

4. On January 16, 2008, the Court entered a briefing schedule ordering Plaintiff to file an Answering Brief no later than February 4, 2008. As of the date of this Motion, no Answering Brief has been filed.

WHEREFORE, for the foregoing reasons, Defendant CMS respectfully requests the Court enter the form of Order attached to D.I. 39 dismissing the above-captioned action.

                    BALICK & BALICK, LLC

                        /s/ James E. Drnec
                  James E. Drnec, Esquire (#3789)
                  711 King Street
                  Wilmington, Delaware 19801
                  302.658.4265
                  Attorneys for Defendant
Dated: February 8, 2008    Correctional Medical Services, Inc.