## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 11th day of February 2008, the foregoing Defendant Correctional Medical Services, Inc.'s Motion For Entry of Order of Dismissal was filed via CM/ECF on February 8, 2008 and served via First Class Mail upon the following:

Michael Kevin Hoffman
5245 Burton St. Apt.2
Philadelphia, PA 19124

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)