IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL KEVIN HOFFMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-261 JJF |
| | : | |
| WARDEN ROBERT GEORGE, CORRECTIONAL MEDICAL SERVICES, | : : : | |
| | : | |
| Defendants. | : | |

### DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S <u>NOTICE OF JOINDER</u>

Defendant Correctional Medical Services, Inc. ("CMS"), by and through its undersigned counsel of record, hereby joins in and adopts all arguments set forth in Defendant Robert George's Motion to Dismiss for Failure to Prosecute Pursuant to Fed.R.Civ.P. 41(b) and Local Rule 41. (D.I. 45)

BALICK & BALICK, LLC

         /s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services, Inc.

Dated: April 29, 2008

**CERTIFICATE OF SERVICE**

      I, James Drnec, hereby certify that on the 29th day of April 2008, the foregoing Defendant Correctional Medical Services, Inc.'s Notice of Joinder was filed via CM/ECF and served First Class Mail upon the following:

> Michael Kevin Hoffman
> 5245 Burton St. Apt.2
> Philadelphia, PA 19124

                         /s/ James E. Drnec
                  James E. Drnec, Esquire (#3789)