

**Utility Events**
1:07-cv-00261-JJF Hoffman v. Danburg et al
PaperDocuments

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 4/29/2008 at 8:27 AM EDT and filed on 4/28/2008
**Case Name:**      Hoffman v. Danburg et al
**Case Number:**    1:07-cv-261
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Remark: Set Answer Brief due date for D.I. [45]. Answer Brief due 5/15/2008. (nms)

**1:07-cv-261 Notice has been electronically mailed to:**

James Edward Drnec   jdrnec@balick.com, jzielinski@balick.com

Catherine C. Damavandi   Catherine.Damavandi@state.de.us

**1:07-cv-261 Notice has been delivered by other means to:**

Michael Kevin Hoffman
Michael Kevin Hoffman, Pro se
5245 Burton Street, Apt. 2
Philadelphia, PA 19124