IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL KEVIN HOFFMAN,           :
                                 :
        Plaintiff,               :
                                 :
    v.                           :   C. A. No. 07-261 JJF
                                 :
CORRECTIONAL MEDICAL SERVICES    :   JURY TRIAL DEMANDED
and ROBERT GEORGE,               :
                                 :
        Defendants.              :

## ORDER

WHEREAS, on September 4, 2007, Plaintiff, who proceeds pro se, informed the Court of his new mailing address in Bear, Delaware (D.I. 32);

WHEREAS, on October 1, 2007, Plaintiff informed the Court of a change of address to Philadelphia, Pennsylvania (D.I. 34);

WHEREAS, On January 15, 2008, Defendant CMS filed a Motion to Dismiss for Insufficiency of Service of Process (D.I. 39), which Defendant has not responded to;

WHEREAS, on April 28, 2008, Defendant George filed a Motion to Dismiss Pursuant to Local Rule 41.1 for Failure to Prosecute (D.I. 45), which Defendant CMS joined on April 29, 2008;

WHEREAS, on May 7, 2008, a letter from the Court addressed to Plaintiff was returned by the United States Postal Service, and marked "Attempted - Not Known; Unable to Forward;"

WHEREAS, Plaintiff has not filed a response to Defendant's Motion to Dismiss for Failure to Prosecute;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff shall show cause for his failure to respond to Defendant CMS's Motion to Dismiss for Insufficiency of Service of Process and Defendant George's Motion to Dismiss for failure to prosecute **no later than August 27, 2008**. If Plaintiff does not show cause and file an Answering Brief for each motion by the date indicated, the Court will decide the motions on the papers submitted.

August 13, 2008

_____
UNITED STATES DISTRICT JUDGE