ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL KEVIN HOFFMAN  :  C.A NO. 07-261-JJF
    Plaintiff                                        Jury Trial Demanded

                      :

VS.

CORRECTIONAL MEDICAL SERVICES  :
And ROBERT GEORGE   ET all

DEFENDENTS.

Motion Notifying THE Courts of change of Address

Plaintiff, Michael Kevin Hoffman in the above captioned case hereby notifies this court Of his new address which is listed below please Make a note of the new address of plaintiff.

Michael Kevin hoffman
1228 passmore street Apt #A
Philadelphia pennsylvaina 19111
(215)305-0848

Dated 8/21/2008