

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL KEVIN HOFFMAN : C.A NO. 07-261-JJF
Plaintiff      Jury Trial Demanded

:

VS.

:

CORRECTIONAL MEDICAL SERVICES :
And ROBERT GEORGE    ET all

DEFENDENTS.

## MOTION FOR TIME EXSTENSION FOR FAILURE TO PROSECUTE AND PLAINTIFF TO FILE ANSWERING BRIEF IN SUPPORT OF THIS MOTION.

Now comes plaintiff Michael Kevin Hoffman, petitions this Honorable Court for a Extension of 30 days from this date to file an answering brief to show cause in reference to the above captioned case and adverse the following in support there of:

Plaintiff received by us mail an order from this court on 8/20/2008 requesting that he file an answering brief to be received by the court no latter then 8/27/2008, due to the reason that plaintiff is requesting an extension of 30 days to file answering briefs to the above named defendants. As well as copies will be filed with this court within 30 days.

WHEREFORE, for the forgoing reasons, plaintiff Michael Hoffman respectfully requests that this Honorable Court grant him an extension of 30 days to file the Answering brief and service upon the following defendants in this matter as well as the court.

Dated 8/21/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL KEVIN HOFFMAN** : | C.A NO. 07-267-JJF |
| Plaintiff | Jury Trial Demanded |
| : | |
| VS. | |
| : | |
| **CORRECTIONAL MEDICAL SERVICES** : | |
| And ROBERT GEORGE     ET all | |
| DEFENDENTS. | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 21,2008, I plaintiff Michael Kevin Hoffman , has hand deliverded a copy of motion for exstension of Time to failure to prosecute and requesting A 30 day exstension to file answering brief to the following partys listed below.

STATE OF DELAWARE DEPARTMENT OF JUSTICE
(att) Catherine Damavandi
Deputy attorney general
Carvel state office building
820 north frence street
Wilmington Delaware 19801

This document was hand delivered by plaintiff on   8/21/2008

Dated 8/21/2008

Michael Kevin hoffman
1228 Passmore street apt #A
Philadelphia P.A.19111
(215)305-0848