IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL KEVIN HOFFMAN,     :
                                               :
      Plaintiff,                :
                                               :
  v.                                 :      Civil Action No. 07-261 JJF
                                               :
CORRECTIONAL MEDICAL SERVICES, :
et al.,                               :
                                               :
      Defendants.              :

**O R D E R**

WHEREAS, Defendant, Warden Robert George filed a Motion to Dismiss Pursuant to Local Rule 41.1 for Failure to Prosecute (D.I. 45);

WHEREAS, Defendant, Correctional Medical Services filed a Motion to Dismiss for Insufficiency of Service of Process (D.I. 39);

WHEREAS, to date, Plaintiff has not responded to either motion;

WHEREAS, the Court ordered Plaintiff to show cause why he failed to respond to the motions (D.I. 48);

WHEREAS, on August 21, 2008, Plaintiff responded to the Court's Order with a Motion For Extension of Time To File Answering Briefs (D.I. 50) to the motions;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion for Extension of Time (D.I. 50) is **GRANTED**.

2) Plaintiff shall file his Answering Briefs to Defendants' motions on or before **September 22, 2008.**

3) If Plaintiff does not file an Answering Brief for each motion by the date indicated, the Court will decide the motions on the papers submitted.

August 31, 2008
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE